This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Nelsen Leo v. Lowe s Home Centers, LLC

| | |
|---|---|
| Case Number | 49D14-2008-CT-029087 |
| Court | Marion Superior Court, Civil Division 14 |
| Type | CT - Civil Tort |
| Filed | 08/24/2020 |
| Status | 08/24/2020 , Pending  (active) |

## Parties to the Case

**Defendant**   Lowe s Home Centers, LLC

<u>Address</u>
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

<u>Attorney</u>
Pamela A Paige
*#1616349, Retained*

300 N Meridian ST
STE 990
Indianapolis, IN 46204
317-964-2730(W)

**Plaintiff**   Leo, Nelsen

<u>Attorney</u>
James R. Hurt
*#3438589, Lead, Retained*

Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
812-340-1546(W)

<u>Attorney</u>
Dean James Arnold
*#1476256, Retained*

Ken Nunn Law Office
104 S. Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

**08/24/2020**   **Case Opened as a New Filing**

**08/25/2020**   **Complaint/Equivalent Pleading Filed**
Complaint for Damages

| | |
|---|---|
| Filed By: | Leo, Nelsen |
| File Stamp: | 08/24/2020 |

**EXHIBIT A**

| | | |
|---|---|---|
| 08/25/2020 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Leo, Nelsen |
| | File Stamp: | 08/24/2020 |
| 08/25/2020 | **Subpoena/Summons Filed** | |
| | Summons to Lowe s | |
| | Filed By: | Leo, Nelsen |
| | File Stamp: | 08/24/2020 |
| 09/18/2020 | **Appearance Filed** | |
| | Appearance of Pamela A. Paige | |
| | For Party: | Lowe s Home Centers, LLC |
| | File Stamp: | 09/18/2020 |
| 09/18/2020 | **Motion for Enlargement of Time Filed** | |
| | Motion for Automatic Enlargement of Time | |
| | Filed By: | Lowe s Home Centers, LLC |
| | File Stamp: | 09/18/2020 |
| 09/21/2020 | **Order Granting Motion for Enlargement of Time** | |
| | EOT is Granted up to and including October 21, 2020 | |
| | Judicial Officer: | Caudill, Burnett - MAG |
| | Order Signed: | 09/21/2020 |
| 09/22/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 9/21/2020 : Dean James Arnold;Pamela A Paige | |
| 10/02/2020 | **Service Returned Served (E-Filing)** | |
| | Return of Service for Lowe's | |
| | Filed By: | Leo, Nelsen |
| | File Stamp: | 10/02/2020 |
| 10/15/2020 | **Motion Filed** | |
| | Motion to Sub Appearance for Plaintiff | |
| | Filed By: | Leo, Nelsen |
| | File Stamp: | 10/15/2020 |
| 10/15/2020 | **Appearance Filed** | |
| | Jim Hurt Appearance | |
| | For Party: | Leo, Nelsen |
| | File Stamp: | 10/15/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Leo, Nelsen
Plaintiff

**Balance Due** (as of 10/21/2020)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/25/2020 | Transaction Assessment | 157.00 |
| 08/25/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

NELSEN LEO

    VS.

LOWE'S HOME CENTERS, LLC

## COMPLAINT FOR DAMAGES

    Comes now the plaintiff, Nelsen Leo, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Lowe's Home Centers, LLC, alleges and says:

    1.    That on or about December 18, 2018, the plaintiff, Nelsen Leo, was a customer the Lowe's Home Center located at 8002 Shadeland Avenue in Indianapolis, Marion County, Indiana.

    2.    That on or about December 18, 2018, the plaintiff, Nelsen Leo, while exercising due care and caution for his own safety, was shopping at said store when suddenly, without warning, a wood beam rolled off a shelf onto plaintiff, causing plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said store in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the store dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in his lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said store.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid store in a condition reasonably safe for plaintiff and free from defects and conditions rendering the store unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing in said store.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said store.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses, lost wages, and other special expenses, and will incur future medical expenses, lost wages, and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, and other special expenses, for future medical expenses, lost wages, and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Dean J. Arnold*
Dean J. Arnold, #14762-56
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: deana@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:     *s/ Dean J. Arnold*
        Dean J. Arnold, #14762-56
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: deana@kennunn.com




Dean J. Arnold, #14762-56
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Nelsen Leo<br>5250 Keystone Court<br>Indianapolis, IN  46220 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Dean J. Arnold #14762-56<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:      812 332-9451<br>FAX:           812 331-5321<br>Email:  deana@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

      s/Dean J. Arnold
      Attorney-at-Law
      (Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Nelsen Leo

        Plaintiff(s)

   VS.           No. _____

Lowe's Home Centers, LLC

        Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Lowe's Home Centers, LLC c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

  You have been sued by the person(s) named "plaintiff" in the court stated above.

  The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

  You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

  If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 8/25/2020

                  /s/ Myla A. Eldridge
                  CLERK, MARION CIRCUIT/SUPERIOR COURTS

DEAN J. ARNOLD, #14762-56
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN  47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

  A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2020.

                  _____
                  SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used by the Clerk.

XX  By certified or registered mail with return receipt to above address.

☐  By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐  By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐  By serving his agent as provided by rule, statute or valid agreement, to-wit:

            KEN NUNN LAW OFFICE

       BY: *s/ DEAN J. ARNOLD*_____
         ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the ___ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this ___ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2020, and that a copy of the return of receipt was received by me on the _____ day of _____, 2020, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ___ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

    Dated this ___ day of _____, 2020.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the ___ day of _____, 2020, and I served the same on the ___ day of _____, 2020.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2020 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this ___ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the ___ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ___ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____ at _____ _____the last known address of defendant(s).

    All done in MARION County, Indiana.

Fees: $_____     _____
                                  SHERIFF or DEPUTY

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D14-2008-CT-029087 |

NELSEN LEO, )
)
    Plaintiff, )
)
vs. )
)
LOWE'S HOME CENTERS, LLC, )
)
    Defendant. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating _____  Responding XXXXXX   Intervening _____; and

   The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   **LOWE'S HOME CENTERS, LLC**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   **Pamela A. Paige, Attorney No. 16163-49**      Email: ppaige@plunkettcooney.com
   **PLUNKETT COONEY, P.C.**      Telephone:  (317) 964-2730
   **300 N. Meridian Street, Suite 990**      Fax:  (317) 964-2744
   **Indianapolis, IN 46204**

   **IMPORTANT**: Each attorney specified on this appearance:

   (a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
   (b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
   (c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).
   Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):   **N/A**

4. This case involves child support issues: Yes \_\_\_\_   No **XX**

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order: Yes \_\_\_   No **XX**

6. This case involves a petition for involuntary commitment: Yes \_\_\_\_   No **XX**

7. There are related cases: Yes \_\_\_\_\_   No \_\_\_\_**XX**\_\_\_\_   (If yes, list on continuation page.)

8. Additional information required by local rule:

9. There are other party members: Yes \_\_\_\_\_   No **XX**

10. This form has been served on all other parties. Certificate of Service is attached: Yes **XX**   No \_\_\_

Respectfully submitted,

PLUNKETT COONEY, P.C.

/s/ Pamela A. Paige
Pamela A. Paige (#16163-49)
Attorney for Defendant
300 N. Meridian, Suite 990
Indianapolis, Indiana 46204
Telephone:  (317) 964-2730
Facsimile:  (317) 964-2744
Email:  ppaige@plunkettcooney.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the IEFS. Parties may access this filing through the Court's system:

Dean J. Arnold
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404

/s/ Pamela A. Paige
Pamela A. Paige (16163-49)

Open.28226.04245.24938809-1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D14-2008-CT-029087 |

NELSEN LEO,               )
                          )
    Plaintiff,         )
                          )
vs.                       )
                          )
LOWE'S HOME CENTERS, LLC, )
                          )
    Defendant.         )

## MOTION FOR AUTOMATIC ENLARGEMENT OF TIME

Pursuant to Trial Rule 6(B)(1) of the Indiana Rules of Procedure and Local Rule 49-TR5 Rule 203(D) of the Marion Superior Court, Defendant Lowe's Home Centers, LLC, by counsel, hereby moves for and gives notice of an automatic extension of time within which to file motions or pleadings in this action.

1. Defendant is presently required to file motions or pleadings herein, as early as September 21, 2020.

2. Pursuant to the aforementioned rules, the time within which Defendant may file motions or pleadings in response to Plaintiff's complaint in this cause shall be enlarged, to and including, October 21, 2020.

Respectfully submitted,

PLUNKETT COONEY, P.C.

/s/ Pamela A. Paige
Pamela A. Paige (#16163-49)
Attorney for Defendant

PLUNKETT COONEY, P.C.
300 N. Meridian, Suite 990
Indianapolis, Indiana 46204
Telephone:  (317) 964-2730
Facsimile:  (317) 964-2744
Email:  ppaige@plunkettcooney.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the IEFS.  Parties may access this filing through the Court's system:

Dean J. Arnold
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404

/s/ Pamela A. Paige
Pamela A. Paige (16163-49)

Open.28226.04245.24938815-1

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE MARION SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF MARION ) | | CAUSE NO. 49D14-2008-CT-029087 |

NELSEN LEO, )
                )
    Plaintiff, )
                )
vs. )
                )
LOWE'S HOME CENTERS, LLC, )
                )
    Defendant. )

**F I L E D**
September 21, 2020
CLERK OF THE COURT
MARION COUNTY
DM

## ORDER GRANTING MOTION FOR AUTOMATIC ENLARGEMENT OF TIME

This cause came before the Court upon the motion of Defendant, Lowe's Home Centers, LLC, for an enlargement of time to move or plead. And the Court, being duly advised in the premises, NOW FINDS that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant, Lowe's Home Centers, LLC, is hereby granted an enlargement of time to, and including, October 21, 2020, within which to move or plead in response to Plaintiff's Complaint.

DATED: September 21, 2020

_____
JUDGE, MARION SUPERIOR COURT

Distribution:
All Counsel and Parties of Record

Open.28226.04245.24938818-1



Mailer: Ken Nunn Law Office

Date Produced: 08/31/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8319 5015 97. Our records indicate that this item was delivered on 08/28/2020 at 09:54 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

   LOWE'S HOME CENTER LLC C/O CORPORATION SERVICE COMPANY
   135 N PENNSYLVANIA ST STE 1610
   INDIANAPOLIS IN 46204-2448

Customer Reference Number:        C2232877.12689549

Return Reference Number:          N. Leo

USPS MAIL PIECE TRACKING NUMBER:   42046204921489019403831950159 7
MAILING DATE:        08/25/2020
DELIVERED DATE:   08/28/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

   LOWE'S HOME CENTER LLC C/O CORPORATION SERVICE COMPANY
   135 N PENNSYLVANIA ST STE 1610
   INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 08/25/2020 12:56 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 08/26/2020 23:21 | PICKED UP | INDIANAPOLIS,IN 46206 |
| 08/27/2020 00:33 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 08/28/2020 06:35 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 08/28/2020 09:51 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 08/28/2020 09:54 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT 14 |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D14-2008-CT-029087 |

NELSEN LEO

    VS.

LOWE'S HOME CENTERS, LLC

### MOTION TO SUBSTITUTE APPEARANCE FOR PLAINTIFF

Comes now Plaintiff, by counsel, Dean J. Arnold and Jim Hurt of Ken Nunn Law Office, and moves this Court to withdraw Dean J. Arnold's Appearance on behalf of the Plaintiff and to substitute the Appearance of Jim Hurt as Attorney of record for the Plaintiff.

WHEREFORE, Plaintiff prays that this motion be granted and for all other proper relief in the premises.

    KEN NUNN LAW OFFICE

    BY:   /s/ Dean J. Arnold
           DEAN J. ARNOLD, #14762-56
           ATTORNEY FOR PLAINTIFF

    BY:   /s/ James Hurt
           JIM HURT, #34385-89
           ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a copy has been served by first class mail, postage prepaid, and/or the Indiana E-Filing System on the __15__ day of October, 2020 to the following:

Pamela A. Paige
PLUNKETT COONEY
300 North Meridian
Suite 990
Indianapolis, IN  46204

                                                                                          /s/ James Hurt
                                                                                          James Hurt

KEN NUNN LAW OFFICE
104 SOUTH FRANKLIN ROAD
BLOOMINGTON, IN  47404
TELEPHONE:  (812) 332-9451
FAX: (812) 331-5321

## APPEARANCE FORM (CIVIL)
### Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | 49D14-2008-CT-029087 |
| 1. | Name of first initiating party | Nelsen Leo<br>5250 Keystone Court<br>Indianapolis, IN 46220 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Jim Hurt #34385-89<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE: 812 332-9451<br>FAX: 812 331-5321<br>Email: jamesh@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

s/Jim Hurt
Attorney-at-Law
(Attorney information shown above.)